**UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS**

**UNITED STATES**

**v.**

**Senior Airman WESLEY K. FINKTON**
**United States Air Force**

**ACM S32277**

**6 January 2016**

Sentence adjudged 17 October 2014 by SPCM convened at Fairchild Air Force Base, Washington. Military Judge: Vance H. Spath.

Approved Sentence: Bad-conduct discharge, confinement for 3 months, hard labor without confinement for 3 months, forfeitures of $1021.00 pay per month for 12 months and reduction to E-1.

Appellate Counsel for the Appellant: Lieutenant Colonel Judith A. Walker; Major Thomas A. Smith and Captain Jonathan D. Legg

Appellate Counsel for the United States: Major Mary Ellen Payne and Gerald R. Bruce, Esquire.

Before

ALLRED, TELLER, and ZIMMERMAN
Appellate Military Judges

This opinion is issued as an unpublished opinion and, as such, does not serve as precedent under Rule of Practice and Procedure 18.4.

PER CURIAM:

The approved findings and sentence are correct in law and fact, and no error materially prejudicial to the substantial rights of the appellant occurred. Article 66(c), UCMJ, 10 U.S.C. § 866(c); *United States v. Reed*, 54 M.J. 37, 41 (C.A.A.F. 2000). Accordingly, the approved findings and sentence are AFFIRMED.

FOR THE COURT

LEAH M. CALAHAN
Clerk of the Court